# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00236-CV

**In re Christina J. Hamilton**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.[1]

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Goodwin

Filed:  April 11, 2017

---

[1] *See* Tex. R. App. P. 52.8(a).